IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DON HOLAN AND MIHAELA HOLAN,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16 –cv-01687 |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendant.* | | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs, DON HOLAN AND MIHAELA HOLAN, and Defendant, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, file this, their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiffs and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiffs no longer desire to prosecute this suit against any Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiffs and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

Respectfully submitted,

/s/ Jesse S. Corona*
Jesse S. Corona
State Bar No.: 24082184
Federal Bar No. 2239270
jesse@thecoronalawfirm.com
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Parkway, Suite 420
Houston, Texas 77060
Telephone: (281) 882-3531
Telecopy: (713) 678-0613

**ATTORNEYS FOR PLAINTIFFS**

*Signed with Permission*

/s/ Jay Scott Simon
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of January, 2017, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure:

Jesse S. Corona
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Parkway, Suite 420
Houston, Texas 77060
Email: jesse@thecoronalawfirm.com

                                /s/ Jay Scott Simon
                                Jay Scott Simon